IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT QUACKENBUSH, | 1:07-CV-0356 LJO WMW PC |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |
| _____/ | |

Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  pauperis pursuant to 28 U.S.C. § 1915.  On March 27, 2007, plaintiff filed a notice of change of address, indicating that he was released from custody.  Due to his release, the court requires that plaintiff file a new application to proceed in forma pauperis **by a non-prisoner**.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

2.      Within thirty days of the date of service of this order, plaintiff shall submit

1

1   a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative,

2   pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a

3   recommendation that this action be dismissed.

4   IT IS SO ORDERED.

5   **Dated:**   **March 28, 2007**              **/s/  William M. Wunderlich**

6   j14hj0                              UNITED STATES MAGISTRATE JUDGE